# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES EDWARD SCOTT III, | Case No. 3:26-cv-00048-ART-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

James Edward Scott III, a non-prisoner, filed this pro se civil rights case under 42 U.S.C. § 1983, but he did not either pay the $405 filing fee or submit an application to proceed *in forma pauperis* ("IFP") for non-prisoners. The Court will give Plaintiff an opportunity to correct this deficiency **by February 27, 2026**.

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1.

Accordingly, **IT IS ORDERED** that Plaintiff has until **February 27, 2026**, to either pay the full $405 filing fee or file a fully complete IFP application for non-prisoners

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of Court is directed to send Plaintiff this Court's approved form application to proceed IFP by a non-prisoner, with instructions.

**IT IS SO ORDERED.**

**DATED**: January 28, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**